BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, pro hac vice application forthcoming)
J. RAE LOVKO
(California Bar No. 208855), pro hac vice application forthcoming)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, acting Nevada State Director of the Bureau of Land Management,<br><br>Defendants. | CASE NO. 2:26-cv-01524-NJK<br><br>**PLAINTIFFS' NOTICE OF NO OBJECTION IN RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiffs' WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION by and through undersigned counsel, hereby provide notice that they do not object to the transfer of this action to the unofficial northern division of the United States District Court for the District of Nevada.

As noted in the Court's Order to Show Cause, the areas at issue in this action, including the Callaghan Complex, managed by BLM's Mount Lewis Field Office appear to be located within the unofficial northern division of this district. Plaintiffs acknowledge that pursuant to Local Rule IA 1-6, counsel are required to initiate lawsuits in the unofficial division of the court in which the action allegedly arose, and do not oppose transfer to the northern division.

DATED: May 26, 2026                     Respectfully Submitted,

*/s/ Brent M. Resh*
BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

*/s/ Jessica L. Blome*
Jessica L. Blome
(Cal. Bar No. 314898, pro hac vice forthcoming)
J. Rae Lovko
(Cal. Bar No. 208855, pro hac vice forthcoming)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*