BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, pro hac vice application forthcoming)
J. RAE LOVKO
(California Bar No. 208855), pro hac vice application forthcoming)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, acting Nevada State Director of the Bureau of Land Management,<br><br>Defendants. | CASE NO. 2:26-cv-01524-NJK<br><br>**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Page 1 of 2

**PLAINTIFFS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Wild Horse Education discloses that they do not have parent corporations, and no publicly held corporations hold 10 percent or more of their stock.

**PLAINTIFFS' LR 7.1-1 CERTIFICATE OF INTERESTED PARTIES**

There are no known interested parties other than those participating in the case.

DATED: May 28, 2026                    Respectfully Submitted,

                                       */s/ Brent M. Resh*
                                       BRENT M. RESH
                                       (Nevada Bar No. 14940)
                                       BRENT RESH LAW, PLLC
                                       2401 La Solana Way
                                       Las Vegas, NV 89102
                                       (702) 781-6903
                                       brent@brentreshlaw.com

                                       */s/ Jessica L. Blome*
                                       Jessica L. Blome
                                       (Cal. Bar No. 314898, pro hac vice forthcoming)
                                       J. Rae Lovko
                                       (Cal. Bar No. 208855, pro hac vice forthcoming)
                                       GREENFIRE LAW, PC
                                       2748 Adeline Street, Suite A
                                       Berkeley, CA 94703
                                       (510) 900-9502
                                       jblome@greenfirelaw.com
                                       rlovko@greenfirelaw.com

                                       *Attorneys for Plaintiffs*