ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief
DAVIS A. BACKER, Senior Trial Attorney (CO Bar No. 53502)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, in his official capacity as Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, in his official capacity as acting Nevada State Director of the Bureau of Land Management,<br><br>                    Defendants. | Case No. 2:26-CV-01524<br><br>**NOTICE OF APPEARANCE** |

1

Defendants hereby notice the appearance of Davis A. Backer, of the United States Department of Justice, as counsel of record on behalf of the above-named Defendants. Mr. Backer has been admitted to practice in the District of Nevada for the duration of his current employment with the federal government under Local Rule IA 11-3. *See Center for Biological Diversity v. United States Fish and Wildlife Service, et al.*, Case No. 2:25-cv-01174-CDS-NJK, ECF No. 15 (D. Nev. 2025). Mr. Backer's contact information is as follows:

Mailing / Overnight Delivery / Street Address:
Davis A. Backer
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., Suite 600, North Terrace
Denver, CO 80202
Telephone: (202) 305-5469
Facsimile: (202) 305-0275
Email: davis.backer@usdoj.gov

Dated: June 2, 2026                    Respectfully submitted,

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER
Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

***Attorneys for Defendants***

2