**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

WILD HORSE EDUCATION, a non-profit corporation, *et al.*,

          Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*

          Defendants.

Case No. 2:26-CV-01524-NJK

**[PROPOSED] ORDER**

Upon consideration of Defendants' request for a briefing schedule on Plaintiffs' forthcoming motion for emergency relief, and for good cause shown, the Court **GRANTS** Defendants' request and **ORDERS** that Defendants shall have 14 days to respond to any forthcoming motion for emergency relief.

IT IS SO ORDERED.

Dated:_____, 2026     By:_____

                                        **THE HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE**

1