TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, acting Nevada State Director of the Bureau of Land Management, <br><br> Defendants. | Case No. 2:26-cv-01524-NJK <br><br> **Notice of Appearance** |

Please take notice that Assistant United States Attorney Virginia T. Tomova is appearing on behalf of the Federal Defendants. Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

Respectfully submitted this 3rd day of June 2026.

SIGAL CHATTAH
First Assistant United States Attorney
*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney