TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, acting Nevada State Director of the Bureau of Land Management, <br><br> Defendants. | Case No. 2:26-cv-01524-NJK <br><br> **Motion to Admit Government Attorney to Practice in the District of Nevada for the Duration of Attorney's Government Employment** |

Pursuant to LR IA 11-3, the United States of America respectfully requests that the Court admit Government attorney Adam Estacio to practice in the District of Nevada for the above-captioned case and in all matters in this district during his period of employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment

upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Mr. Estacio is a licensed attorney and a member in good standing of the Colorado Bar (Bar No. 59419).  Mr. Estacio is a Trial Attorney for the U.S. Department of Justice in the Environment and Natural Resources Division, Natural Resources Section, in Washington, D.C.  His contact information is as follows:

> Adam Estacio
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: (202) 340-2263
> Email: Adam.Estacio@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Adam Estacio to practice in the District of Nevada for the duration of his employment by the United States.

Respectfully submitted this 3rd day of June 2026.

> TODD BLANCHE
> Acting Attorney General of the United States
> SIGAL CHATTAH
> First Assistant United States Attorney
>
> */s/ Virginia T. Tomova*
> VIRGINIA T. TOMOVA
> Assistant United States Attorney

2