# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| Wild Horse Education, et al., | Case No. 2:26-cv-01524-NJK |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Interior, et al., | |
| Defendants. | |

This case involves alleged events in the Callaghan Complex, which is located within the unofficial Northern Division of this Court. *E.g.*, Docket No. 1 at ¶ 3; Docket No. 10. *See also* Local Rule IA 1-6.

As such, this matter is properly transferred to the unofficial Northern Division. *See* Local Rule IA 1-8(a). Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the Northern Division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: June 3, 2026

_____
Nancy J. Koppe
United States Magistrate Judge